# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONITA RAY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   Case No. CIV-14-0309-F |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner Social Security | ) |
| Administration, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

Plaintiff Donita Ray invoked the court's jurisdiction under the Social Security Act to obtain judicial review, pursuant to 42 U.S.C. §405(g), of the final decision of the defendant Commissioner denying plaintiff's applications for disability insurance benefits. Magistrate Judge Suzanne Mitchell issued a Report and Recommendation on March 31, 2015, doc. no. 12 (the Report), recommending the Commissioner's decision be affirmed. The Report advised the parties of their right to file written objections to the Report and Recommendation by April 20, 2015. The Report also advised that failure to make timely objection to the Report waives appellate review of both factual and legal issues contained in the Report. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

The court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the Magistrate Judge as stated in the Report. The Commissioner's decision denying benefits is **AFFIRMED**.

Dated this 22nd day of April, 2015.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0309p002.wpd